# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TIMOTHY AXELSON,                                                                                              PLAINTIFF
ADC #097108

V.                                          4:09-cv-00919-WRW-JJV

BRUCE PENNINGTON, Sheriff,
Saline County; *et al.*                                                                                       DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendants' Motion for Summary Judgment (Doc. No. 40) is GRANTED and this action is DISMISSED with prejudice.

2.      All other pending motions are DENIED as moot; and

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 26th day of July, 2010.


                                                                /s/ Wm. R. Wilson, Jr._____
                                                                UNITED STATES DISTRICT JUDGE