**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TIMOTHY AXELSON,                                                                                              PLAINTIFF
ADC #097108

V.                                               4:09-cv-00919-WRW-JJV

BRUCE PENNINGTON, Sheriff,
Saline County; *et al.*                                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 26th day of July, 2010.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE